**Order entered April 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00838-CV

### CHERYL YOUNG, Appellant

### V.

### DALLAS COUNTY, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-19-01116**

### ORDER

Before the Court is appellant's April 13, 2022 motion for an extension of time to file her corrected brief. We **GRANT** the motion. We **ORDER** the corrected brief tendered to this Court by appellant on April 5, 2022 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE